THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Roman Frederick McKenney, Appellant.
 
 
 

Appeal From Richland County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No.  2005-UP-463
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chirf Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Donald Neils Sorenson, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Roman Frederic McKenney appeals from his guilty pleas to armed robbery and kidnapping in Richland County.  After a thorough review of the record and the briefs, we dismiss this appeal pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels motion to be relieved is granted.  
APPEAL DISMISSED.[1]  
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.